# United States District Court
### Eastern District of North Carolina
### Western Division

Case No. _____

(To be filled out by Clerk's Office only)

FILED

DEC 11 2025

PETER A. ___ ___ CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Jaron m Cobnwell
_____

Inmate Number C947543

*(In the space above enter the full name(s) of the plaintiff(s).)*

**-against-**

_____

_____

_____

# COMPLAINT

*(Pro Se Prisoner)*

Jury Demand?
☐ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- [x] 42 U.S.C. § 1983 (state, county, or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

- [ ] Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Jaron M Cornwell
Name

0947543
Prisoner ID #

Lumberton Correctional Institutional
Place of Detention

75 Legend Road
Institutional Address

Lumberton                    NC              28358
City                         State           Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- [ ] Pretrial detainee   [ ] State    [ ] Federal
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Leslie cooley Dismukes
Name

Secretary of North carolina Adult of corrections
Current Job Title

831 West Morgan Street
Current Work Address

Raleigh            NC            27603
City            State            Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2:    Adir Laurence
Name

Provider @ Lumberton Correctional Institution
Current Job Title

75 Legend Road
Current Work Address

Lumberton            NC            28358
City            State            Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

**Defendant(s) Continued**

Defendant 3: Shawon Britt
Name

Warden of Lumberton correctional
Current Job Title

75 Legend Road
Current Work Address

Lumberton          Nc          28358
City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Lumberton Correctional Institution

Date(s) of occurrence: 7/8/25 + 9/18/25 + 10/8/25

State which of your federal constitutional or federal statutory rights have been violated:

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

Negligence of Malpractice + denying me medical treatment on my extra mattress, when I have a legal doctors note explaining why I need a extra mattress! do to my coensight and I am considered obesity over coensight of 365 pounds, and Lumberton provider is not Acknowledge or Respecting the North Carolina Medical policy + providers or Guidelines when it comes to me having a EXTRA MATTRESS do to my coensight.

This Shows Serious Cruel and unusual punishment and Negligence of malpractice. I went through Chain of command and I have not to Receive any Help, from medical or prison staff.

Who did what to you?

| | |
|---|---|
| **What happened to you?** | My back hurts, body hurts, high blood pressure, Head aches, not getting the proper Rest. I Currently have to Sleep with a C-pag Machine, I am also diabetic and I am Really going through it. |

| | |
|---|---|
| **When did it happen to you?** | when I came to Lumberton Correctional Institution, 9/5/2025 |

| | |
|---|---|
| **Where did it happen to you?** | Lumberton Correctional Institution C Block |

Page 6 of 10

| What was your injury? | My back hurting from lower back, to restless nights, loss of sleep, sweats on my side, to headaches, and to high blood pressure. Them stress and loss of sleep. |

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No
    If no, explain why not:

yes a copy is enclosed

Is the grievance process completed?   ☑ Yes   ☐ No
    If no, explain why not:

yes from step 1 to Step 2 to Step 3

## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I would like my extra mattress and $40
thousand, due to the pain + suffering
I went through at Lumberton Correctional
Institution.

## VIII.  PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?     ☐ Yes     ☑ No

    If yes, how many?  _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 9 of 10

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

12/1/2025
Dated

Plaintiff's Signature

Carson M Cornwell
Printed Name

0947543
Prison Identification #

75 Legend Road      Lumberton      NC      28358
Prison Address          City          State      Zip Code