# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
### Case No. 5:25-ct-03317-D

JARON M CORNWELL,

          Plaintiff,

   v.

LESLIE COOLEY-DISMUKES, et al.,

          Defendants.

**LIMITED NOTICE OF APPEARANCE**

Kimberly D. Grande of Lewis Brisbois Bisgaard & Smith LLP hereby enters a limited notice of appearance at this time as counsel for only Defendant Lawrence Adair (identified by Plaintiff as "Adir Lawrence" ) for the sole and limited purpose of filing Defendant's Executed Waiver of Service, as requested by this Court [D.E. #9]. At this time, the undersigned does not appear for any other purpose.

Hereby submitted this 28th day of July, 2026.

         Respectfully submitted,


         */s/ K*imberly D. Grande
         Kimberly D. Grande
         NC State Bar No: 40708
         LEWIS BRISBOIS BISGAARD & SMITH LLP
         3600 Glenwood Avenue, Suite 350
         Raleigh, North Carolina 27612
         919.821.6160
         Kimberly.Grande@lewisbrisbois.com

## <u>CERTIFICATE OF SERVICE</u>

I, Kimberly D. Grande, hereby certify that on this the 28th day of July, 2026, a copy

of the foregoing  **LIMITED NOTICE OF APPEARANCE**  was served via U.S. Mail, on the

following:

Jaron M Cornwell
Neuse Correctional Institution
Offender No. 0947543
PO Box 2087
Goldsboro NC 27533
*Plaintiff Pro Se*

                                            Respectfully submitted,

                                            */s/ Kimberly D. Grande*
                                            Kimberly D. Grande
                                            NC State Bar No: 40708
                                            LEWIS BRISBOIS BISGAARD & SMITH LLP
                                            3600 Glenwood Avenue, Suite 350
                                            Raleigh, North Carolina 27612