**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**Case No. 5:25-ct-03317-D**

| | |
|---|---|
| JARON M CORNWELL,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE COOLEY-DISMUKES, et al.,<br><br>Defendants. | **MOTION TO DISMISS BY DEFENDANT LAWRENCE ADAIR** |

**COMES NOW**, that Defendant Lawrence Adair, (hereinafter "Defendant"), by and through undersigned counsel, and pursuant to Rules 8(a), 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure, and hereby moves this Court to dismiss Plaintiff's Complaint as to Defendant on the grounds that Plaintiff has failed to alleged valid claims for relief against this Defendant, specifically in that:

1. Plaintiff's Complaint fails to state a claim against Defendant in Defendant's individual or official capacity upon which relief can be granted, requiring dismissal of this action under Rules 8, 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure;

2. Defendant should be afforded the protection of qualified immunity; and

3. Any and all claims against Defendant in Defendant's official capacity are barred by the Eleventh Amendment and sovereign immunity.

In support of this Motion to Dismiss, Defendant relies upon the arguments and authorities set forth in Defendant's contemporaneously filed Memorandum of Law in Support of Defendant's Motion to Dismiss.

Accordingly, Defendant respectfully requests that this Court dismiss Plaintiff's claim or claims against him.

Respectfully submitted this 28th day of September, 2026.

Respectfully submitted,

*/s/ K*imberly D. Grande
Kimberly D. Grande
NC State Bar No: 40708
LEWIS BRISBOIS BISGAARD & SMITH LLP
3600 Glenwood Avenue, Suite 350
Raleigh, North Carolina 27612
919.821.6160
Kimberly.Grande@lewisbrisbois.com

*Counsel for Defendant, Lawrence Adair*

## CERTIFICATE OF SERVICE

I, Kimberly D. Grande, hereby certify that on this the 28th day of September, 2026, a copy of the foregoing **MOTION TO DISMISS BY DEFENDANT LAWRENCE ADAIR** was served via U.S. Mail, on the following:

Jaron M Cornwell
Neuse Correctional Institution
Offender No. 0947543
PO Box 2087
Goldsboro NC 27533
*Plaintiff Pro Se*

*/s/ Kimberly D. Grande*
Kimberly D. Grande
NC State Bar No: 40708
LEWIS BRISBOIS BISGAARD & SMITH LLP

*Counsel for Defendant, Lawrence Adair*